✎AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Eastern District of Arkansas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No:  4:98CR00091 - 49 JMM |
| FRANKIE WEBB | ) | USM No:  21477-009 |
| Date of Previous Judgment:  September 13, 1999 | ) | John Stratford |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of   x   the defendant   ❒   the Director of the Bureau of Prisons   ❒   the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

❒ DENIED.   X  GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of ___170 months___ months **is reduced to** ___152  months___ .

## I.  COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 23 | Amended Offense Level: | 21 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 92   to  115   months | Amended Guideline Range: | 77   to  96   months |

## II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

x  The reduced sentence is within the amended guideline range.

❒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

❒ Other (explain):

## III.  ADDITIONAL COMMENTS

110 months on Count 60 and a mandatory consecutive 60 months on Count 61 for a total of 170 is reduced to 92 months on Count 60 and a mandatory consecutive 60 months on Count 61 for a total of 152 months.

Except as provided above, all provisions of the judgment dated   9/13/1999     shall remain in effect.

**IT IS SO ORDERED**.

| | |
|---|---|
| Order Date: ___September 16, 2008___ | _/s/ James M. Moody_ |
| | Judge's signature |
| Effective Date: _____ | James M. Moody, United States District Judge |
| (if different from order date) | Printed name and title |